■ In the Matter of Eugene Victor, Appellant, v. James M. Power et al., Constituting the Board of Elections of the City of New York, and Edna F. Kelly, Respondents.— In a proceeding under section 330 of the Election Law to declare null and void the primary election held June 28, 1966 for the Democratic party for the office of Representative in Congress and to direct the Board of Elections to cause a new election to be held, petitioner appeals from an order of the Supreme Court, Kings County, entered August 29, 1966, which dismissed the petition. Order affirmed, without costs. While we disagree with the learned Special Term, who credited 498 votes to respondent Kelly despite the fact that the evidence disclosed that they had not been duly enrolled in the Democratic party and thus were not entitled to vote, and while we also disagree as to certain other votes credited to respondent Kelly, we nevertheless find that the total of these irregularities is not sufficient to change the result and to invalidate this primary election. Motion for leave to appeal to the Court of Appeals granted. Beldock, P. J., Christ, Rabin and Hopkins, JJ., concur; Ughetta, J., not voting.

■ In the Matter of John T. Nodar, Appellant, v. James M. Power et al., Constituting the Board of Elections of the City of New York, and Robert J. Hall et al., Respondents.— In a proceeding under section 330 of the Election Law to declare null and void the primary election held June 28, 1966 for male member of the Republican State Committee for the 27th Assembly District, Queens County, and for an order directing the Board of Elections to cause a new election to be held, petitioner appeals from a judgment of the Supreme Court, Queens County, entered August 8, 1966 which dismissed the petition. Judgment reversed on the law, without costs, and petition for new election granted. Findings of fact are affirmed. In our opinion, the conceded invalidity of 109 votes, when contrasted with the narrow 27-vote margin of victory, mandates a new election, notwithstanding the possibility that a portion of these invalid votes may have been cast in the three Democratic party primary elections which were held at the same time (*Matter of DeSapio* v. *Koch*, 14 N Y 2d 735; cf. *Matter of Miller* v. *Power*, 26 A D 2d 784). Beldock, P. J., Ughetta, Christ and Hopkins, JJ., concur; Rabin, J., not voting.